**STATE of Missouri, Respondent,**

v.

**Pete WRIGHT, Appellant.**

**No. WD 41370.**

Missouri Court of Appeals, Western District.

Aug. 29, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1989.

Application to Transfer Denied Nov. 14, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and TURNAGE and KENNEDY, JJ.

## ORDER

PER CURIAM:

Appeal from convictions of forcible sodomy, § 566.060, RSMo 1986, and felonious restraint, § 565.120, RSMo 1986, and from

respective, consecutive sentences of twenty-five and five years' imprisonment.

Affirmed. Rule 30.25(b).